JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Brianne M. Domoracki, | Case No. 2:22-cv-00918-APG-EJY |
| Plaintiff, | **Stipulation and Order to Schedule Settlement Conference and Stay Remaining Deadlines** |
| v. | |
| United States of America, | |
| Defendant. | |

The parties respectfully request that the Court set this matter for a settlement conference and stay the remaining discovery deadlines. *See* LR 26-3; *Volk v. D.A. Davidson & Co.*, 816 F.2d 1406, 1416–17 (9th Cir. 1987) (a district court has wide latitude in controlling discovery); *Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983) (courts have the inherent power to stay causes on its docket to avoid duplicative litigation, inconsistent results, and waste of time and effort).

This action arises under the Federal Tort Claims Act ("FTCA")[1] for alleged injuries to Plaintiff arising from an April 15, 2021, car accident. The parties have completed their initial expert disclosures. The remaining deadlines are July 6, 2023, for rebuttal expert disclosures, August 7, 2023, for discovery cutoff, September 6, 2023, for dispositive motions and October 6, 2023, for the proposed joint pretrial order.

---

[1] 28 U.S.C. §§ 1346(b)(1), 1402(b), 2401(b), 2402, 2671-2680.

Without waiver or binding admission against either party, the parties submit that it would conserve their resources, as well as those of the Court, if the settlement conference for this matter were held before disclosure of rebuttal experts, additional discovery, dispositive motions, if any, and preparation of the proposed joint pretrial order.

Additionally, defense counsel has scheduled leave and travel during the first part of July, and plaintiff's counsel will be moving residences in the near future.

The Civil Division of the United States Attorney's Office remains very busy with AUSA and support staff vacancies.

Taking into accounts their schedules and obligations in other cases, the parties propose that the Court set a settlement conference on or after October 10, 2023.

If this case were not resolved at the settlement conference, the parties agree to submit within 14 days thereafter a new, proposed schedule for rebuttal expert disclosures, discovery cutoff, dispositive motions and the proposed joint pretrial order.

Accordingly, the parties respectfully request that the Court grant this stipulation and thereafter issue a separate order setting the date, details, and requirements for the settlement conference.

Respectfully submitted this 15th day of June 2023.

| | |
|---|---|
| LAW OFFICE OF BRUCE D. SCHUPP | JASON M. FRIERSON<br>United States Attorney |
| */s/ Bruce D. Schupp*<br>BRUCE D. SCHUPP, ESQ.<br>Nevada Bar No. 1458<br>1120 N Town Center Drive, Suite 140<br>Las Vegas, Nevada 89144<br>*Attorney for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE, Esq.<br>Assistant United States Attorney<br>*Attorney for Defendant* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the Court will issue a separate Order setting the settlement conference for October, 2023.**

**UNITED STATES MAGISTRATE JUDGE**

**Dated: June 15, 2023**