JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Brianne M. Domoracki, | Case No. 2:22-cv-00918-APG-EJY |
| Plaintiff, | **Stipulation and Order to Reschedule Settlement Conference** (First Request) |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to LR IA 6-1 and LR 7-1, the parties respectfully request that the Court reschedule the October 12, 2023, settlement conference and related deadlines that are established in the Court's Order (ECF No. 17). This action arises under the Federal Tort Claims Act from a car accident. The parties propose the following new dates for the Court's consideration: November 28–December 1, 2023; December 4–8, 2023; December 11–15, 2023; December 18–21, 2023. This is the first request to reschedule the settlement conference, and the grounds for the request are set forth below.

Undersigned defense counsel respectfully requests more time to prepare the several documents and filings necessary for settlement authority and a settlement conference. There have been a number of other pressing matters including those in bankruptcy and immigration, as well as cases needing removal from state court, and such matters usually have shorter deadlines than typical litigation matters commenced in federal court. *See, e.g.,* Fed. R. Civ. P. 12(a)(2) (federal defendants have 60 days, from service of process on the

United States Attorney, to file a response to a complaint). Defense counsel is also scheduled to attend training the week of October 16, 2023. The Civil Division of the U.S. Attorney's Office remains very busy, given long-standing vacancies. The requested extension should allow undersigned defense counsel adequate time to make all preparations for the settlement conference.

Accordingly, the parties respectfully request that the Court reschedule the settlement conference to one of the dates listed in the first paragraph above or some date thereafter that is convenient to the Court.

Respectfully submitted this 21st day of September 2023.

| | |
|---|---|
| LAW OFFICE OF BRUCE D. SCHUPP | JASON M. FRIERSON<br>United States Attorney |
| /s/ Bruce D. Schupp<br>BRUCE D. SCHUPP, ESQ.<br>Nevada Bar No. 1458<br>1120 N Town Center Drive, Suite 140<br>Las Vegas, Nevada 89144<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK A. ROSE, Esq.<br>Assistant United States Attorney<br>*Attorney for Defendant* |

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED that the settlement conference in this matter is continued to December 5, 2023, at 9:00 a.m. Plaintiff must report to the chambers of the undersigned at 9:00 a.m. Defendant must report to the chambers of the undersigned at 9:30 a.m.**

**IT IS FURTHER ORDERED that the confidential settlement statements must be delivered electronically on November 28, 2023, by 3:00 p.m. Except as stated herein all other terms of the Order (ECF No. 17) remain in effect.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 21, 2023