BRUCE D. SCHUPP, ESQ.
Nevada Bar No. 1458
LAW OFFICE OF BRUCE D. SCHUPP
400 South Seventh Street, Fourth Floor
Las Vegas, NV 89101
Telephone (702) 866-2400
Facsimile (702) 866-2409
bruceschupp@me.com

ROBERT D. VANNAH, ESQ.
Nevada Bar No. 2503
JOHN B. GREENE, ESQ.
Nevada Bar No. 4279
VANNAH & VANNAH
400 South Seventh Street, Fourth Floor
Las Vegas, NV 89101
Telephone (702) 369-4161
Facsimile (702) 369-0104
rvannah@vannahlaw.com
jgreene@vannahlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIANNE M. DOMORACKI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-00918-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff BRIANNE M. DOMORACKI, by and through her counsel of record, and Defendant UNITED STATES OF AMERICA, through its counsel of record, stipulate that Plaintiff's Complaint against the UNITED STATES OF AMERICA be dismissed, with prejudice, with each party to bear its own fees and costs.

DATED this ___8th___ day of ___January___, 2024.

LAW OFFICE OF BRUCE D. SCHUPP          JASON M. FRIERSON
                                        United States Attorney


 */s/ Bruce D. Schupp*                   */s/ Patrick A. Rose*
BRUCE D. SCHUPP                         PATRICK A. ROSE
Attorney for Plaintiff                  Assistant United States Attorney

*Case No. 2:22-cv-00918-APG-EJY*
*Domoracki v. USA*
*Stipulation and Order for Dismissal with Prejudice*

**ORDER**

Based on the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge ANDREW P. GORDON

Dated: January 10, 2024